*Eric J. Youngquist*, pro se, in support of the petition.

Decided January 4, 1999

## ROBERT SCHRECK *v.* CITY OF STAMFORD

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 92 (AC 17668), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, under General Statutes § 31-301 (a), the time for a party to appeal to the compensation review board from a decision of a workers' compensation commissioner does not begin until the commissioner sends notice of the decision to the party, rather than to the party's counsel?"

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16061.

*Richard S. Bartlett*, in support of the petition.

*Joseph Lucian Gerardi*, in opposition.

Decided January 4, 1999